IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-36723 |
| RUTH BRIGGS | § | |
| SOTONYE BRIGGS | § | CHAPTER 13 |
| DEBTOR(S) | § | |

## ORDER DENYING CONFIRMATION

CAME ON FOR CONSIDERATION BEFORE THIS COURT, Wells Fargo Bank, N.A.'s, Objection to Confirmation of the Chapter 13 Plan. After considering the evidence and the arguments of counsel the Court determined that confirmation of the Chapter 13 Plan should be denied. It is therefore:

ORDERED that the Chapter 13 Plan proposed by Debtor is DENIED.

SIGNED this _____ day of _____, 20__

_____
The Honorable Jeff Bohm
United States Bankruptcy Judge