**Fill in this information to identify the case:**

Debtor 1: Ruth Briggs, Sotonye Briggs

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Texas

Case number: 1736723

## Official Form 410S1
# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/09/2019

**New total payment:**
Principal, interest, and escrow, if any: $4331.73

**Last 4 digits** of any number you use to identify the debtor's account: 6 0 2 6

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: 3.24000%            New interest rate: 4.49000%

   Current principal and interest payment: $ 1169.31    New principal and interest payment: $ 1257.00

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Yadira P Delgado         Date  07/30/2019
  Signature

Print: DELGADO, YADIRA P                    VP Loan Documentation
       First Name   Middle Name   Last Name     Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number          Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN      55121-7700
         City                     State   ZIP Code

Contact phone  800-274-7025        NoticeOfPaymentChangeInquiries@wellsfargo.com
                                   Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

Chapter 13 No. 1736723
Judge: Jeff Bohm

In re:
Ruth Briggs, Sotonye Briggs

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before July 31, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Ruth Briggs, Sotonye Briggs
3206 Rosemary Park Lane

Houston TX 77082

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

John Ernest Smith
John E Smith & Associates
907 South Friendswood Drive Suite 204

Friendswood TX 77546-5489

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Trustee:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

David G Peake
Chapter 13 Trustee
9660 Hillcroft Suite 430

Houston TX 77096-3856

/s/Yadira P Delgado
_____
VP Loan Documentation
Wells Fargo Bank, N.A.

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 14472
DES MOINES, IA  50306



| | Account Information | |
|---|---|---|
| Fax: | | (866) 278-1179 |
| Telephone: | | (866) 234-8271 |
| Correspondence: | | PO Box 10335 |
| | | Des Moines, IA 50306 |
| Hours of Operation: | | Mon - Fri, 6 a.m. - 10 p.m., |
| | | Sat, 8 a.m. - 2 p.m., CT |
| Loan Number: | | |
| Property Address: | | 3206 Rosemary Park L |
| | | Houston TX 77082 |

RUTH O BRIGGS
3206 ROSEMARY PARK LN
HOUSTON, TX 77082

June 26, 2019

| **Changes to Your Mortgage Interest Rate and Payments on September 9, 2019.** | | |
|---|---|---|
| Under the terms of your Adjustable-Rate Mortgage (ARM), you had a two week period during which your interest rate stayed the same. That period ends on August 26, 2019, so on that date your interest rate changes. After that, your interest rate may change every two weeks for the rest of your loan term.  Even though your interest rate adjusts every two weeks, your payment adjusts every twelve months. | | |
| | **Current** Interest Rate and Biweekly Payment | **New** Interest Rate and Biweekly Payment |
| Interest Rate | **4.49000%** | **4.49000%** |
| Principal | $699.99 | $793.75 |
| Interest | $469.32 | $463.25 |
| Escrow | $742.26 | $742.26 |
| **Total Biweekly Payment** | **$1,911.57** | **$1,999.26** (due September 9, 2019) |
| **Interest Rate:**  We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin ". Under your loan agreement, your index rate is 1.65000% and your margin is  2.84000%. Your "Cost Of Savings" index is published monthly by the Wells Fargo Bank.<br><br>**Interest Rate Limits:**  Your interest rate cannot go higher than 11.95000% during the life of the loan. Your interest rate cannot go lower than 2.84000% during the life of the loan. | | |

AR152   708    0253

| Account Information |
|---|
| **Loan Number:** |
| **Property Address:** 3206 Rosemary Park L<br>Houston TX 77082 |

| **Changes to Your Mortgage Interest Rate and Payments on September 9, 2019.** |
|---|
| **New Interest Rate and Payment:** The table above shows your new interest rate and new biweekly payment. Your new payment is based on the payment rate of 4.49000%, a projected loan balance of $268,254.01 and a remaining loan term of 373 payment periods. Your current loan balance may be greater than the amount projected in this notice. Refer to your billing statement for your outstanding unpaid loan balance. Your payment can increase by no more than 7.50000% from the Current Payment.<br><br>**Note:** Payment change limitations may not apply on certain payment change dates. Please refer to your loan documents for information regarding the limit to the amount that your payment may change and when this limit doesn't apply.<br><br><br>**Prepayment Penalty:** None. |

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*Bethanne R Ross*

Bethanne R Ross
Loan Administration Manager
Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

AR152  708   0253

**Addendum Page**

The "New total payment" represents the calculated monthly payment for an obligation that comes due on a bi-weekly basis, by virtue of the terms of the Note and Mortgage.  The new bi-weekly payment amount is $ 1,999.26  which comes to $ 4,331.73       when calculated on  a monthly basis ( $ 1,999.26  times (X) 26 divided by (/) 12).